**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00224-CR

**SYLVIA RENE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81042-10**

## ORDER

The Court **GRANTS** appellant's October 7, 2013 motion to extend time to file her reply

brief.  We **ORDER** the reply brief received on October 1, 2013 filed as of the date of this order.


/s/  DAVID EVANS
    JUSTICE